UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM FIRE AND CASUALTY
COMPANY,

       Plaintiff,

v.

ANDREW F. PIRON, et al.

       Defendants.
_____/

Case No. 11-11375

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** (docket no. 15)**, AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT ANDREW F. PIRON** (docket no. 12)

    This matter is before this Court on Magistrate Judge R. Steven Whalen's Report and Recommendation of July 28, 2011. The Report recommends this Court grant Plaintiff's Motion for Default Judgment as to Defendant Andrew F. Piron, but deny the motion to the extent that it requests relief against Defendants not parties to the motion.

    De novo review of a Magistrate Judge's findings is only required where a party has properly objected to the proposed findings and recommendations. Fed. R. Civ. P. 72(b)(3). A copy of the Report and Recommendation was served upon Defendant Andrew F. Piron on July 28, 2011.  Pursuant to Civil Rule 72(b)(2),  Piron had fourteen days from that date in which to file any specific written objections to the recommended disposition.  He has failed to do so. De novo review of the Magistrate's finding is, therefore, not required.

    The Court has reviewed the file and the Report and Recommendation, and finds that the Magistrate Judge's analysis is proper. Accordingly, it will adopt the Report's findings and conclusions, and enter an appropriate judgment.

    **WHEREFORE**, it is hereby **ORDERED** that Magistrate Judge R. Steven Whalen's Report and Recommendation of July 28, 2011 (docket no. 15) is **ADOPTED**.

It is **FURTHER ORDERED** that Plaintiff's Motion for Entry of Default Judgment (docket no. 12) is **GRANTED**. To the extent, however, that Plaintiff seeks dismissal of the entire case, including Defendants who were not parties to the motion, that request is **DENIED**.

**SO ORDERED.**

                                      s/Stephen J. Murphy, III
                                      STEPHEN J. MURPHY, III
                                      United States District Judge

Dated: August 17, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 17, 2011, by electronic and/or ordinary mail.

                                      s/Carol Cohron
                                      Case Manager